November 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY M. WOOD D/B/A THE PEOPLE'S AIR CONDITIONING & HEATING COMPANY, Appellant

NO. 14-13-00990-CV            V.

PYRAMID COMMUNITY DEVELOPMENT CORPORATION, Appellee

_____

This cause, an appeal from the judgment non obstante veredicto in favor of appellee Pyramid Community Development Corporation, signed October 17, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment reinstating the jury's verdict in favor of appellant Anthony M. Wood d/b/a The People's Air Conditioning & Heating Company for damages in the amount of $202,000.00 and attorney's fees in the amount of $16,178.75. We further **REMAND** to the trial court below for the limited purpose of calculating and awarding pre- and post-judgment interest as allowed by law.

We further order that all costs incurred by reason of this appeal be paid by appellee Pyramid Community Development Corporation.

We further order this decision certified below for observance.